SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

2010 DEC 29 PM 2:31

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT |
| ) | Case No. 10 CR 201 BBC |
| v. ) | |
| ) | 18 U.S.C. § 844(h) |
| DARNELL L. ROCKETTE, ) | 18 U.S.C. § 1341 |
| ) | 18 U.S.C. § 2 |
| Defendant. ) | 18 U.S.C. § 641 |

THE GRAND JURY CHARGES:

### COUNTS 1-2

### Background

1. At all times material to this indictment:

   a. Defendant DARNELL L. ROCKETTE resided with another person, C.C., and with others, at a rented residence located at 301 Hollister Avenue, Tomah, Wisconsin (hereafter 301 Hollister Avenue).

   b. The contents of 301 Hollister Avenue, Tomah, Wisconsin, were insured with a $150,000 McMillan-Warner Mutual Insurance Company "renters" insurance policy sold through Westland Insurance Services, Tomah, Wisconsin.

### Scheme to Defraud

2. During the period from on or about March 26, 2009, through on or about March 18, 2010, in the Western District of Wisconsin, the defendant,

DARNELL L. ROCKETTE,

knowingly and intentionally devised a scheme to defraud and to obtain money by means of materially false and fraudulent representations, well knowing that said representations were false when made.

3. It was part of this scheme that on or about May 1, 2009, ROCKETTE provided an $80 check to Westland Insurance to increase C.C. and his "renters" insurance policy for 301 Hollister Avenue from $100,000 to $150,000.

4. It was further part of this scheme that on or about August 1, 2009, defendant ROCKETTE removed numerous items of personal property from 301 Hollister Avenue.

5. It was further part of this scheme that at or about 9:17 a.m. on August 1, 2009, defendant ROCKETTE purchased a five-gallon gasoline container.

6. It was further part of this scheme that at or about 9:30 a.m., on August 1, 2009, defendant ROCKETTE, who was then driving a vehicle with a fifteen gallon fuel capacity, purchased seventeen gallons of gasoline.

7. It was further part of this scheme that on or about August 1, 2009, defendant ROCKETTE poured gasoline in multiple areas inside of 301 Hollister Avenue.

8. It was further part of this scheme that at or about 1:12 a.m., on August 2, 2009, ROCKETTE and C.C. rented a motel room in New Lisbon, Wisconsin, approximately 21 miles southeast of Tomah, Wisconsin.

9.  It was further part of the scheme that at approximately 2:29 a.m., on August 2, 2009, ROCKETTE, traveled to the neighborhood where 301 Hollister Avenue is located.

10. It was further part of the scheme that during the morning hours of August 2, 2009, ROCKETTE ignited several fires at 301 Hollister Avenue.

11. It was further part of this scheme that on the morning of August 2, 2009, ROCKETTE and C.C. reported to the police that "intruders" had broken into 301 Hollister Avenue.

12. It was further part of this scheme that defendant ROCKETTE submitted fraudulent "proof of loss" statements to Allmark Services, Inc., a contractor for McMillan-Warner Mutual Insurance, listing items that were purportedly damaged or destroyed in the August 2, 2009 fire at 301 Hollister Avenue. Included within the "proof of loss" statements were items, including food items, that defendant ROCKETTE had removed from 301 Hollister Avenue before the fire, undamaged items that were salvaged from 301 Hollister Avenue after the fire, and items that neither ROCKETTE nor C.C. ever possessed at 301 Hollister Avenue.

## Mailings

13. On or about the dates listed below, in the Western District of Wisconsin, the defendant,

DARNELL L. ROCKETTE,

for the purpose of executing and attempting to execute this scheme, knowingly caused

3

to be delivered by mail, according to the directions thereon, the following items:

| Count | Date | Nature of Mailing | Mailed to |
|---|---|---|---|
| 1 | 1/6/2010 | Unsigned proof of loss statement submitted by Rockette and C.C. | Allmark Services, Inc., Holmen, Wisconsin, 54636 |
| 2 | 1/15/2010 | Proof of loss statement signed by Rockette and C.C. | Allmark Services, Inc., Holmen, Wisconsin, 54636 |

(In violation of Title 18, United States Code, Sections 1341 and 2).

## COUNT 3

On or about August 2, 2009, in the Western District of Wisconsin, the defendant,

DARNELL L. ROCKETTE,

knowingly used fire to commit mail fraud, in violation of Title 18, United States Code, Section 1341, a felony prosecutable in a Court of the United States.

(In violation of Title 18, United States Code, Sections 844(h) and 2).

## COUNT 4

From on or about June 12, 2009, to on or about March 18, 2010, in the Western District of Wisconsin, the defendant,

DARNELL L. ROCKETTE,

knowingly stole and converted to his own use property of the United States, which

4

property the defendant had access to by virtue of his employment on Fort McCoy Military Reservation, Monroe County, Wisconsin, namely, food, beverage, and kitchen products, and retained this property knowing it to have been stolen and converted.

(In violation of Title 18, United States Code, Sections 641 and 2).

A TRUE BILL

_____
PRESIDING JUROR

_____
JOHN W. VAUDREUIL
United States Attorney

Indictment returned: __12/29/10__