# WARRANT FOR ARREST

| **United States District Court** | DISTRICT **WESTERN DISTRICT OF WISCONSIN** | |
|---|---|---|
| United States of America<br><br>v.<br><br>Darnell L. Rockette,<br><br>Defendant. | DOCKET NO.<br>10 CR 201 | MAGISTRATE JUDGE CASE NO.<br>2011 JAN -6 AM 7:35<br>PETER OPPENEER<br>CLERK US DIST COURT |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br><br>Darnell L. Rockette<br>30838 Exodus Road<br>Warrens, WI | |

SEALED

Warrant Issued on the Basis of:

[X] Indictment   [] Order of Court   [] Information   [] Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest:                                                City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Arson, Mail Fraud, and Theft of Government Property

IN VIOLATION OF 18 U.S.C. Sections 844(h), 1341, and 641

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By:         Federal Judge/Magistrate Judge | Date Order: |
|---|---|
| Clerk of Court:            (By) Deputy Clerk<br>**Peter Oppeneer** | Date Issued:   DEC 2 9 2010 |

## RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: | Date Executed: |
|---|---|
| Name and Title of Arresting Officer:<br>_____ ATF Special Agent. | Signature of Arresting Officer: |

FID # 1258037